1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL   scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6
7
8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**
10
11
12
13 Scott N. Johnson                    ) Case No. **2:11-cv-01511-WBS-CKD**
                                       )
14           Plaintiff,                ) STIPULATION AND ~~PROPOSED~~ ORDER
                                       ) RE: EXTENSION OF TIME UNTIL
15     vs.                             ) SEPTEMBER 6, 2011 FOR
                                       ) DEFENDANT(s) SUKH SINGH AND
16 Sukh Singh, Individually and as     ) PERMINDER SINGH TO RESPOND TO
                                       ) COMPLAINT
17 Trustee of the Sukh C. Singh        )
                                       )
18 Family Trust, dated July 20,        )
                                       )
19 2006 and d/b/a Tokay Shell          )
                                       )
20 Autocare; Perminder Singh,          )
                                       )
21 Individually and as Trustee of      )
                                       )
22 the Sukh C. Family Trust, dated     )
                                       )
23 July 20, 2006 and d/b/a Tokay       )
                                       )
24 Shell Autocare,                     )
                                       )
25           Defendants                )
                                       )
26 _____     )
27
28

                STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Sukh Singh and Perminder Singh, by and through their respective attorneys of record, Scott N. Johnson; S. Dean Ruiz, stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendants Sukh Singh and Perminder Singh are granted an extension until September 6, 2011 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Sukh Singh and Perminder Singh's response will be due no later than September 6, 2011.

IT IS SO STIPULATED effective as of August 16, 2011

Dated:  August 16, 2011                /s/Dean Ruiz_____

                                       S. Dean Ruiz,

                                       Attorney for Defendants

                                       Sukh Singh

                                       Perminder Singh

Dated:  August 16, 2011            /s/Scott N. Johnson
                                   Scott N. Johnson,
                                   Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendants Sukh Singh and Perminder Singh shall have until September 6, 2011 to respond to Plaintiff's complaint.

Dated: August 17, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE