SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Sukh Singh, et al,<br><br>        Defendants | Case No. **2:11-cv-01511-WBS-CKD**<br><br>**ORDER RE: STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |

**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than November 16, 2011. The Scheduling Conference is continued to **December 12, 2011 at 2:00 p.m.** pending submission of the dispositional documents.

PROPOSED ORDER RE STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-01511-WBS-CKD- 1

Date:   October 18, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-01511-WBS-CKD- 2